**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

**Robert McKirgan** (State Bar No. 011636)
Direct Dial: 480.800.3533
Email: rmckirgan@PSWMlaw.com

**Jennifer Lee-Cota** (State Bar No. 033190)
Direct Dial: 480.800.3528
Email: jleecota@PSWMlaw.com

**Heather Robles** (State Bar No. 036790)
Direct Dial: 480.800.3522
Email: hrobles@PSWMlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Cohen,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Arizona Board of Regents; and Raymond Anderson, an individual,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-01178-PHX-GMS<br><br>**NOTICE OF TAKING OF DEPOSITION OF MICHAEL CROW** |

Pursuant to the Court's January 24, 2025, Order (Doc. 100), the parties provide this notice regarding the deposition of Michael Crow. The deposition was taken on March 5, 2025. The deposition commenced at 4:05pm and ended at 5:42pm with one break (within the Court's 90-minute parameter). Plaintiff's position is that the deposition remains open (reserving its right on the record) and Defendants' position is that the deposition has been completed. During the deposition, Dr. Crow was instructed not to answer questions that, in Defendant's view, were beyond the scope of the deposition established in the Court's January 24, 2025, Order (Doc. 99). Plaintiff disagreed with the instructions not to answer given Defendants' interpretation of the deposition limitations set forth in this Court's January 24, 2025, Order (Doc 99). Plaintiff reserved the right to bring the issue to the Court and to seek answers to those questions. The parties intend to meet and confer on this discovery issue promptly.

Dated this 25th day of March, 2025.

                          PAPETTI SAMUELS WEISS MCKIRGAN LLP

                          /s/Robert McKirgan
                          Robert McKirgan
                          Jennifer Lee-Cota
                          Heather Robles

                          *Attorneys for Defendants*

                          PÉREZ VAUGHN & FEASBY INC.

                          /s/Evan C. Flores
                          Michael J. Pérez
                          Evan C. Flores

                          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of March, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael J. Pérez
Christopher W. Rowlett
Perez Vaughn & Feasby Inc.
600 B Street, Ste. 2100
San Diego, CA 92101
perez@pvflaw.com
rowlett@pvflaw.com

José de Jesús Rivera
Miller, Pitt, Feldman & McAnally P.C.
2800 N. Central Ave., Ste. 1400
Phoenix, AZ 85004
jrivera@mpfmlaw.com

*Attorneys for Plaintiff*

/s/Joye Allen