**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

**Robert McKirgan** (State Bar No. 011636)
Direct Dial: 480.800.3533
Email: rmckirgan@PSWMlaw.com

**Lawrence A. Kasten** (State Bar No. 020204)
Direct Dial: 480.908.1855
Email: lkasten@PSWMlaw.com

**Jennifer Lee-Cota** (State Bar No. 033190)
Direct Dial: 480.800.3528
Email: jleecota@PSWMlaw.com

**Heather Robles** (State Bar No. 036790)
Direct Dial: 480.800.3522
Email: hrobles@PSWMlaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| David Cohen,<br><br>           Plaintiff,<br><br>      v.<br><br>Arizona Board of Regents; and Raymond Anderson, an individual,<br><br>           Defendants. | Case No. 2:21-cv-01178-PHX-GMS<br><br>**JOINT PROPOSED VOIR DIRE QUESTIONS** |

Pursuant to Rule 16(f)(4), the parties, through counsel, hereby submit the following proposed voir dire questions:

**CASE, PARTIES, AND WITNESSES**

1. Based on the description of the case that was read to you, is there anything about the nature of the case that you believe would make it difficult for you to be a fair and impartial juror?

2. Have you heard or read anything about this case from any source?

3. Do you know any of the lawyers in this case or anyone at their law firms?

   a. Micheal J. Pérez

   b. Jeffrey A. Feasby

   c. Marissa S. Denison

        d. Evan C. Flores

        e. Pérez Vaughn & Feasby Inc.

        f. José de Jesús Rivera

        g. Miller, Pitt, Feldman & McAnally P.C.

        h. Robert McKirgan

        i. Larry Kasten

        j. Jennifer Lee-Cota

        k. Heather Robles

        l. Papetti Samuels Weiss McKirgan LLP

4. Do you know the plaintiff in this case, David Cohen?

5. Are you familiar with Arizona State University ("ASU") or the Arizona Board of Regents ("ABOR")? If yes, is there anything about your relationship with either ASU or ABOR that would make it difficult for you to be a fair and impartial juror in this case?

6. Do you know any of the following potential witnesses in this case:

        a. Raymond Anderson

        b. Jean Boyd

        c. David Cohen

        d. Frank Ferrara

        e. Deana Garner-Smith

        f. Sandy Hatfield-Clubb

        g. Jay Heiler

        h. Scott Nelson

        i. Becky Parke-Nemmers

        j. Jodi Preudhomme

        k. Kevin Salcido

        l. Rick Shangraw

        m. Michael Crow

        n. Bobby Hurley
        o. Leslie Hurley
        p. Kathy Cohen
        q. David Weiner
        r. Jamie Winkler
        s. Herm Edwards
        t. Lindsey Wood

7. Some witnesses in this case may appear by video deposition and others will appear in court. Is there anything about hearing testimony through video that will impact your ability to assess the witness's credibility or be fair and impartial in this case?

**ATTORNEYS AND EXPERIENCE WITH LEGAL MATTERS**

1. Are you (or is someone close to you) an attorney or paralegal? If yes, please describe who the person is and their job. Is there anything about that relationship or your experience that would impact your ability to be fair and impartial in this case?

2. Have you ever worked in a law firm? If yes, what was your job?

3. Have you ever hired an attorney? If yes, was it a good experience? Was there anything about this experience that would impact your ability to be fair and impartial in this case?

4. Have you or your spouse ever brought a claim for civil damages against anyone? If so, what were the circumstances? Is there anything about that experience that would impact your ability to be fair and impartial in this case?

5. Have you or your spouse ever had a claim for civil damages brought against you by anyone? If so, what were the circumstances? Is there anything about that experience that would impact your ability to be fair and impartial in this case? Have you sat on a jury before? If so, was it a civil or criminal case, and what was the outcome?

3

**EMPLOYMENT EXPERIENCE**

1. What is current or most recent employment?

2. Have you (or has someone close to you) ever worked for a university, college or school of any kind? If so, in what role(s) and for how long?

3. Have you (or has someone close to you) ever worked in an athletic department at any educational institution or for a professional sports team? If so, please describe that experience.

4. Have you ever worked in a supervisory, management, or Human Resources role? If yes, did that role include responsibility for disciplining or terminating employees? Is there anything about that experience that would impact your ability to be fair and impartial in this case?

5. Have you (or has someone close to you) ever felt you (or they) were treated unfairly at work (for example, in a performance review, work assignment, or promotion decision)? If so, is there anything about that experience that would impact your ability to be fair and impartial in this case?

6. Do you believe that large organizations are more or less likely to act unfairly towards their employees than smaller employers? Provide a brief explanation for your response.

7. Have you ever been disciplined, terminated, or "let go" from any job? If so, do you believe you were treated fairly or unfairly in that situation?

8. Have you felt you were retaliated at work for any reason?

9. Have you ever complained to a supervisor or Human Resources about a coworker or manager? If yes, were you satisfied with the response?

10. Have you ever been employed in a position where you had a "duty to report"?

11. Have you (or someone close to you) ever reported misconduct, including sexual harassment, in a workplace or educational setting? If yes, were you (or they) satisfied with the response?

4

12. Have you ever been involved in a workplace investigation (as the person complaining, the subject of the complaint, or a witness)?

- If yes, briefly describe your role.

13. Do you believe that someone who reports sexual harassment is always telling the truth?

14. In a group setting, do you tend to see yourself as more of a leader or more of a follower?

### VIEWS ON LAWSUITS AND DAMAGES

1. Do you have any bias against employees who sue their former employers for wrongful termination or retaliation?

2. Do you have any bias against employers, particularly large organizations like ASU, when they are sued by an employee?

3. Is there anything about the nature of this case that would make it difficult for you to be a fair and impartial juror?

4. Can you listen to all the evidence, follow the Court's instructions on the law, and render a fair and impartial verdict?

### MISCELLANEOUS

1. Is there anything we have not asked you that you think we should know about?

2. Is there anything you would prefer to discuss in private?

Dated this 7th day of November, 2025.

PAPETTI SAMUELS WEISS MCKIRGAN LLP

/s/ Robert McKirgan
Robert McKirgan
Lawrence A. Kasten

5

                                      Jennifer Lee-Cota
                                      Heather Robles

                                        *Attorneys for Defendants*

Dated this 7th day of November, 2025.

                                      PEREZ VAUGHN & FEASBY Inc.

                                      /s/ Michael J. Pérez
                                      Michael J. Pérez
                                      Jeffrey A. Feasby
                                      Evan C. Flores
                                      Marissa S. Denison

                                      *Attorneys for Plaitiff*