# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

# PLAINTIFF'S CIVIL EXHIBIT LIST — JURY TRIAL

Case No.: 2:21-cv-01178-PHX-GMS     Judge: Hon. Murray G. Snow     Date: November 7, 2025

*David Cohen v. Arizona Board of Regents et al.*

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Nos. | Objections |
|---|---|---|---|---|---|
| 1. | | | David Cohen's offer letter from ASU (DX002) | ABOR.COHEN000006 | |
| 2. | | | Email to David Cohen regarding pay increase for 2017 (DX008) | ABOR.COHEN000007 | |
| 3. | | | David Cohen's paystubs showing annual bonuses for 2017, 2018, and 2019 | ABOR.COHEN000009; ABOR.COHEN000023; ABOR.COHEN000029 | |
| 4. | | | Letter to David Cohen regarding bonus for 2017 | ABOR.COHEN000012 | |
| 5. | | | David Cohen's CV | ABOR.COHEN000017-18 | |
| 6. | | | Email with letter to David Cohen regarding bonus for 2014 (DX006) | ABOR.COHEN000021 | |
| 7. | | | Letter to David Cohen regarding bonus for 2015 (DX007) | ABOR.COHEN000022 | |
| 8. | | | Email to David Cohen regarding pay raise for 2018 (DX013) | ABOR.COHEN000026 | |
| 9. | | | David Cohen's annual evaluation for 2018 (DX011) | ABOR.COHEN000027-28 | |
| 10. | | | ASU letter from 2019 regarding amendment to David Cohen's original offer letter (DX018) | ABOR.COHEN000031 | |
| 11. | | | Letter to David Cohen regarding bonus for 2019 (DX016) | ABOR.COHEN000032 | |
| 12. | | | Email to David Cohen regarding pay raise for 2019 (DX017) | ABOR.COHEN000033 | |
| 13. | | | David Cohen's annual evaluation for 2019 (DX015) | ABOR.COHEN000034-35 | |
| 14. | | | Letter from PVF regarding David Cohen and Notice of Claims | ABOR.COHEN000036-44 | FRE 802 |

1

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Nos. | Objections |
|---|---|---|---|---|---|
| 15. | | | Email from David Cohen re MBB Staffing to Ray Anderson and Ken Landphere (DX037) | ABOR.COHEN002022 | |
| 16. | | | Letter from PVF to President Crow regarding David Cohen's termination | ABOR.COHEN000045-52 | FRE 802 |
| 17. | | | ASU Anti-Harassment Policy | ABOR.COHEN001036-43 | FRE 402; 403 |
| 18. | | | Email from Bobby Hurley to Ray Anderson regarding Bart Wear's attendance at ASU basketball game following investigation (DX033) | ABOR.COHEN003067-68 | FRE 402; 403 |
| 19. | | | Text thread between David Cohen and Bart Wear | COHEN000361-384 | |
| 20. | | | Emails between Frank Ferrara and Ray Anderson regarding David Cohen's bonus for 2017 (DX014) | ABOR.COHEN000011 | |
| 21. | | | Letter to David Cohen regarding bonus for 2016 (DX058) | ABOR.COHEN001134 | |
| 22. | | | Voicemail from "Dr Michael" re Bart Wear (DX034) | ABOR.COHEN003181-3182 | FRE 402; 403 |
| 23. | | | Email from Ray Anderson to "Head Coaches" re changes to contracts for 2018 with attachments (DX035) | ABOR.COHEN002001-2004; ABOR.COHEN001268-1269 | FRE 402; 403 |
| 24. | | | Letter to David Cohen regarding amendment to annual bonus structure | ABOR.COHEN001932 | |
| 25. | | | David Cohen's text thread with Bill Walton regarding Cohen's contributions to ASU basketball | COHEN_000534 | FRE 802 |
| 26. | | | David Cohen's text thread with Bobby Hurley regarding Bart Wear's conduct | COHEN_000654 | FRE 802; 402; 403 |
| 27. | | | David Cohen's text threat with Brad Chandler regarding Scott Nelson's "handling" of Bart Wear situation | COHEN_000716 | FRE 802; 402; 403 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Nos. | Objections |
|---|---|---|---|---|---|
| 28. | | | David Cohen's Offer Letter – Fully Executed | No Bates Stamp (Produced by Anderson on 4.5.23) | |
| 29. | | | Team Summary Memorandum (DX045) | ABOR.COHEN003773 | |
| 30. | | | Letter from 2019 regarding David Cohen's office belongings | ABOR.COHEN003957-8 | |
| 31. | | | David Cohen's pay summary for 2018 | ABOR.COHEN003971 | |
| 32. | | | David Cohen's pay summary for 2017 | ABOR.COHEN003973 | |
| 33. | | | Text from David Cohen regarding dinner plans | ABOR.COHEN002033 | |
| 34. | | | Text from David Cohen regarding HR meeting | ABOR.COHEN002033-4 | FRE 402; 403 |
| 35. | | | Text from David Cohen regarding Ray Anderson | ABOR.COHEN002061 | |
| 36. | | | Email from Sun Devil alum | ABOR.COHEN002360-1 | FRE 802; 402; 403 |
| 37. | | | Vivid Seats Sponsorship Agreement | ABOR.COHEN002925-39 | |
| 38. | | | Sponsorship Agreement Amendment | ABOR.COHEN002940-41 | |
| 39. | | | Vivid Seats email thread with David Cohen | ABOR.COHEN002984 | |
| 40. | | | Letter regarding Vivid Seats | ABOR.COHEN001027-30 | |
| 41. | | | David Cohen's annual evaluation for 2015 (DX005) | ABOR.COHEN001125-26 | |
| 42. | | | Email exchange regarding David Cohen's 2017 bonus | ABOR.COHEN001138 | |
| 43. | | | ASU Organization Charts | ABOR.COHEN000311-318 | |
| 44. | | | David Cohen's Position Questionnaire | ABOR.COHEN001161-7 | |
| 45. | | | Email exchange regarding MBB attendance for 2019 | ABOR.COHEN001258-59 | |
| 46. | | | Email exchange regarding ASU foundation | ABOR.COHEN001279 | FRE 402 |
| 47. | | | Email exchange with Deana Garner regarding David Cohen's work (DX095) | ABOR.COHEN001305-6 | |
| 48. | | | Tweet from Bobby Hurley | ABOR.COHEN001340 | FRE 402 |

Updated 11/07/25

| Exhibit No. | Marked for ID | Admitted in Evidence | Description | Bates Nos. | Objections |
|---|---|---|---|---|---|
| 49. | | | Text from David Cohen to Jay Heiler regarding HR granting Cohen "protected class" so that Ray cannot fire him | COHEN_002659 | FRE 802 |
| 50. | | | Text thread between David Cohen and Jay Heiler regarding ASU and Ray Anderson regarding Bart Wear | COHEN_002665-2667 | FRE 802 |
| 51. | | | Email from Amy Schramm to David Cohen re Amendment to Hurley's contract (DX036) | ABOR.COHEN002000-2015 | FRE 402; 403 |
| 52. | | | Text thread with David Cohen, Frank Ferrara, and Ray Anderson from 8/8/18 | COHEN_004823 | |
| 53. | | | Text from Ray Anderson to David Cohen regarding Cohen's "work" on ticket sales (9/9/18) | COHEN_004845 | |
| 54. | | | Texts from Ray Anderson to David Cohen regarding contract approval and Cohen's bonus for 2018 (awarded 7/2/19) | COHEN_004864-004865 | |
| 55. | | | Text thread between David Cohen and Scott Nelson regarding Bart Wear's behavior with Kathy Cohen (DX067) | COHEN_005704 | |
| 56. | | | Text with Ray Anderson regarding 2018 incident, Cohen and Bobby Hurley's daughters at ASU game | COHEN_004836-4837 | |
| 57. | | | David Weiner's Expert File | | FRE 802; 402; 403 (improper listing; subject to Motion to Exclude) |
| 58. | | | Letter from David Weiner to PVF regarding expert services re damages (DX096) | | FRE 802; 402; 403 (improper listing; subject to Motion to Exclude) |

| **Exhibit No.** | **Marked for ID** | **Admitted in Evidence** | **Description** | **Bates Nos.** | **Objections** |
|---|---|---|---|---|---|
| 59. | | | David Weiner's Summary of Economic Damages for David Cohen (DX097-98) | | FRE 802; 402; 403 (improper listing; subject to Motion to Exclude) |
| 60. | | | David Weiner's professional summary from JS Held website (DX099) | | FRE 802; 402; 403 (improper listing; subject to Motion to Exclude) |
| 61. | | | Email thread with David Weiner re retainer for expert services (DX100) | | FRE 802; 402; 403 (improper listing; subject to Motion to Exclude) |
| 62. | | | Email thread with David Weiner re Cohen's wages and forensic accounting services (DX101) | | FRE 802; 402; 403 (improper listing; subject to Motion to Exclude) |
| 63. | | | Web page titled "Staff Directory" with profile on Michael Alford (DX102) | | FRE 402 if Motion to Exclude is granted |
| 64. | | | Web page with profile on Desiree Reed-Francois (DX103) | | FRE 402 if Motion to Exclude is granted |
| 65. | | | Wikipedia page re Desiree Reed-Francois (DX104) | | FRE 402 if Motion to Exclude is granted |
| 66. | | | Email thread re Desiree Reed-Francois and forensic accounting docs (DX105) | | FRE 402 if Motion to Exclude is granted |
| 67. | | | Document titled "Executive Summary" re Multiple-Year Employment Contract for ASU Athletics Director (dated June 19-21, 2024) (DX106) | | FRE 402 if Motion to Exclude is granted |
| 68. | | | David and Kathy Cohen's tax statements since 2019 (DX107) | | |

5

| **Exhibit No.** | **Marked for ID** | **Admitted in Evidence** | **Description** | **Bates Nos.** | **Objections** |
|---|---|---|---|---|---|
| 69. | | | David Weiner's chart showing historical interest rates, CPI, and ECI (DX108) | | FRE 402 if Motion to Exclude is granted |
| 70. | | | David Weiner's invoices for services to PVF (DX109) | | |
| 71. | | | Jamie Winkler's Expert File and Deposition Exhibits (pending) | | Objections reserved |
| 72. | | | Letter to David Cohen from PAC-12 Conference Commissioner dated January 17, 2018 (DX004) | | |
| 73. | | | Letter to David Cohen re 2017 bonus and pay raise (DX012) | ABOR.COHEN000025 | |
| 74. | | | Notes from Jean Boyd re David Cohen asking to raise an issue/concern about a donor with Boyd (Boyd DX01) | | |
| 75. | | | Notice (and Amended Notice) of Deposition of Bobby Hurley (DX027-29) | | FRE 402; 403 |
| 76. | | | Notes re Hurley, Anderson, Cohen, Wear, and "Cohen Allegations" (DX030) | ABOR.COHEN002322-2326 | FRE 802; 403 (subject of MIL) |
| 77. | | | Notes re Ray Anderson (DX031) | ABOR.COHEN002132-2145 | FRE 802; 403 (subject of MIL) |
| 78. | | | Notes re Scott Nelson (DX025) | | FRE 802; 403 (subject of MIL) |
| 79. | | | Amended Notice of Deposition of Scott Nelson (DX024) | | FRE 402; 403 |
| 80. | | | Text threads including David Cohen and Scott Nelson (DX026) | | FRE 802; 402; 403; 106 |
| 81. | | | Amended Notice of Deposition of Rick Shangraw (DX019) | | FRE 402; 403 |
| 82. | | | Email from Armstrong Teasdale to Scott Nelson re interview (DX020) | ABOR.COHEN_107-110 | |
| 83. | | | Notes re Rick Shangraw (DX022) | | FRE 802; 403 (subject of MIL) |
| 84. | | | Text threads including David Cohen and Rick Shangraw (DX023) | | FRE 802 |

6

| **Exhibit No.** | **Marked for ID** | **Admitted in Evidence** | **Description** | **Bates Nos.** | **Objections** |
|---|---|---|---|---|---|
| 85. | | | Plaintiff's Responses to ABOR's FROGs (Set One and Two) (DX054-55) | | |
| 86. | | | Docs Produced by Healthcare Realty Trust Incorporated (DX059) | | |
| 87. | | | Tax Return for Kathy and David Cohen (2021) (DX061) | | |
| 88. | | | Text thread with David Cohen and Bart Wear (DX065) | COHEN_000361-384 | |
| 89. | | | Text thread with David Cohen and Jay Heiler (DX071) | COHEN_002655-56 | |
| 90. | | | ASU Women's Swimming and Diving Schedule for 2017-18 (DX073) | | |
| 91. | | | Article re "Ex-ASU employee" (DX077) | | FRE 802 |
| 92. | | | Tweet from Pete Thamel re civil lawsuit filed by David Cohen (DX079) | | FRE 802 |
| 93. | | | LinkedIn Profile for David Cohen (DX053) | | |
| 94. | | | ASU Academic Affairs Manual re Prohibition Against Discrimination, Harassment, and Retaliation (DX093-94) | | |
| 95. | | | Notice of Deposition of Michael Crow (Crow DX01) | | FRE 402; 403 |
| 96. | | | Hurley, Crow, and Anderson email thread re "This is how we operate?" (Crow DX02) | | FRE 402; 403 |
| 97. | | | Facebook post by Ron Buckley with images of Linda and Bart Wear in attendance at Michigan State v. ASU football game | COHEN_005905 | FRCP 26, FRE 402; 901 |
| 98. | | | Photograph from Facebook post featuring Linda Wear in attendance at Michigan State v. ASU football game | COHEN_005906 | FRCP 26, FRE 402; 901 |
| 99. | | | Photograph from Facebook post featuring Linda and Bart Wear in attendance at Michigan State v. ASU football game | COHEN_005907 | FRCP 26, FRE 402; 901 |

Updated 11/07/25

| <u>Exhibit No.</u> | <u>Marked for ID</u> | <u>Admitted in Evidence</u> | <u>Description</u> | <u>Bates Nos.</u> | <u>Objections</u> |
|---|---|---|---|---|---|
| 100. | | | Text messages between Jean Boyd and David Cohen re Cohen "leadership" | COHEN_002873-2874 | FRE 802 |

Updated 11/07/25