# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PLAINTIFF'S CIVIL WITNESS LIST — JURY TRIAL

Case No.: 2:21-cv-01178-PHX-GMS    Judge: Hon. Murray G. Snow    Date: November 7, 2025

*David Cohen v. Arizona Board of Regents et al.*

| NAME | SWORN | APPEARED |
|---|---|---|
| David Cohen | | |
| Raymond Anderson | | |
| Bobby Hurley | | |
| Scott Nelson | | |
| Rick Shangraw | | |
| Frank Ferrara | | |
| Kevin Salcido | | |
| Jay Heiler | | |
| Dr. Michael Crow | | |
| David Weiner (Plaintiff's Expert) | | |
| Jean Boyd | | |
| Deana Garner-Smith | | |
| Jodi Preudhomme | | |
| Herm Edwards | | |
| Rebecca Nemmers | | |
| Leslie Hurley | | |
| Kathy Cohen | | |
| Lindsey Wood | | |