# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### CIVIL WITNESS LIST

☐ **Preliminary Injunction**     ☐ **TRO**     ☐ **Non-Jury Trial**     **X** **Jury Trial Case**

**Number 2:21-cv-01178-PHX**          **Judge Code GMS**          **Date 11/07/2025**

Cohen vs. Arizona Board of Regents

☐ Plaintiff/Petitioner          **X** Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Anderson, Ray<br>Vice President for University Athletics and Athletic Director (former), Arizona State University | | |
| Boyd, Jean<br>Deputy Athletic Director (former), Arizona State University | | |
| Cohen, David<br>Former Senior Associate Athletic Director, Arizona State University | | |
| Crow, Michael (may call)<br> President, Arizona State University | | |
| Ferrara, Frank<br>Chief Financial Officer & Senior Athletic Director (former), Arizona State University | | |
| Garner-Smith, Deana<br>Senior Associate Athletic Director and Deputy Title IX Coordinator for Sun Devil Athletics (former), Arizona State University | | |
| Hatfield Clubb, Sandy<br>President, The Pictor Group | | |
| Heiler, Jay (may call)<br>Former Member of the Arizona Board of Regents | | |
| Hurley, Bobby (may call)<br>Men's Basketball Head Coach, Arizona State University | | |
| Nelson, Scott<br>Executive Director, Sun Devil Club<br>ASU Foundation | | |
| Nemmers, Becky Parke (may call) (virtual)<br>Senior Associate Athletic Director & Chief Marketing Officer (former), Arizona State University | | |
| Preudhomme, Jodi (may call)<br>Title IX Coordinator, Arizona State University | | |

| | | |
|---|---|---|
| Rund, Jim (may call)<br>Senior Vice President of Educational Outreach & Student Services, Arizona State University | | |
| Salcido, Kevin<br>Vice President and Chief of Human Resources (former), Arizona State University | | |
| Schramm, Amy (may call)<br>Senior Associate Athletics Director, Human Resources (former), Arizona State University | | |
| Shangraw, Rick (may call)<br>Former CEO of ASU Enterprise Partners | | |
| Winkler, Jamie<br>Damages expert<br>Impact Financial Forensics, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |