Michael J. Pérez (California SBN 151039)
    Admitted *Pro Hac Vice*
Jeffrey A. Feasby (California SBN 208759)
    Admitted *Pro Hac Vice*
Evan C. Flores (California SBN 325006)
    Admitted *Pro Hac Vice*
PEREZ VAUGHN & FEASBY Inc.
600 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.784.3549
Facsimile: 619.460.0437
E-Mail: perez@pvflaw.com

José de Jesús Rivera (AZ SBN 004604)
Miller, Pitt, Feldman & McAnally P.C.
2800 N. Central Avenue
Phoenix, Arizona 85004
Telephone: 602.266.5557
E-Mail: jrivera@mpfmlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Cohen, an individual, | Case No. 2:21-CV-01178-GMS |
| Plaintiff, | |
| v. | **NOTICE OF ERRATA** |
| Arizona Board of Regents, and Raymond Anderson, an individual. | |
| Defendants. | |

1      Plaintiff files this Notice of Errata to correct two errors in his Motion in Limine No. 3
2  (Doc. 141).
3      First, "Exhibit 2" to the Motion in Limine ("Motion") was meant to be, as described
4  in Footnote #2 on page 1 of the Motion and Paragraph #3 of the supporting Declaration of
5  Michael J. Pérez ("Declaration"), a series of emails describing the Armstrong investigation
6  as "an investigation into allegations of harassment." Plaintiff inadvertently attached a related
7  correspondence instead of the correct emails as Exhibit 2 instead. Simultaneously with this
8  Notice of Errata, Plaintiff is refiling his Motion and filing the corrected Exhibit 2 under seal,
9  pursuant to the Stipulated Protective Order between the parties. The correct version of
10 Exhibit 2 has already been sent to counsel for Defendant.
11     Second, "Exhibit 1" to the Motion should have been filed under seal with the Court
12 rather than attached as an exhibit. To minimize duplication, Plaintiff will instead refer to
13 Exhibit 1 of Defendant's Motion in Limine No. 3, which is the same exhibit but already filed
14 under seal. As such, Plaintiff is substituting "Exhibit 1" with a placeholder document
15 referring to the relevant Defendant's Exhibit.
16     Plaintiff has made no other changes to the Motion, other than modifying the relevant
17 Declaration of Michael J. Pérez and above-referenced Footnote #2 to mirror the above-
18 outlined changes.

20 DATED: November 12, 2025      PEREZ VAUGHN & FEASBY INC.

21     By: _____
22         Michael J. Pérez
        Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2025, I transmitted the above documents to the individuals identified below via email.

Robert H. McKirgan
Jennifer Lee-Cota
Papetti Samuels Weiss McKirgan LLP
rmckirgan@pswmlaw.com
jleecota@pswmlaw.com

José de Jesús Rivera
Miller, Pitt, Feldman & McAnally P.C.
jrivera@mpfmlaw.com

_____
Michael J. Pérez

1